IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03292-MSK-MEH

DOUGLAS WELLS, on behalf of himself and others similarly situated,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2013.**

    Plaintiff's Motion to Vacate and Reschedule Rule 16(b) Scheduling Conference and Extend Related Deadlines [filed February 26, 2013; docket #10] is **granted in part and denied in part**. The Scheduling Conference currently set for March 5, 2013 is hereby **converted** to a Status Conference, at which the Plaintiff shall be prepared to discuss the status of the case and rescheduling the Scheduling Conference.