IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03292-MSK-MEH

DOUGLAS WELLS, on behalf of himself and others similarly situated,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2013.**

    The Joint Motion for Entry of Stipulated Protective Order [filed March 22, 2013; docket #16] is **granted**. The parties' Stipulated Protective Order is accepted and issued contemporaneously with this minute order.