**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**COURT FILE NO.: 1:12-CV-03292**

DOUGLAS WELLS, *on behalf of himself
and others similarly situated,*

    Plaintiff

v.

CHASE BANK USA, N.A.,

    Defendant

_____

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Douglas Wells gives notice to the Clerk of the United States District Court for the District Court of Colorado that this case is voluntarily dismissed with prejudice.

                        **Respectfully submitted,**

**March 28, 2013**

                        **/s/ Tracey N. Tiedman**
                        **Tracey N. Tiedman
Aaron D. Radbil
Weisberg & Meyers LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
TTiedman@AttorneysForConsumers.com**

1

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court for the District of Colorado, using the electronic case filing system of the court.

By: s/ Lydia Bultemeyer
Lydia Bultemeyer